

# IN THE
# TENTH COURT OF APPEALS

No. 10-08-00349-CR
No. 10-08-00350-CR

**NEENAH CARON PINO,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

From the County Court at Law No. 2
Johnson County, Texas
Trial Court Nos. M200800395 & M200800396

## MEMORANDUM OPINION

Appellant has filed motions to dismiss these appeals under Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a); *Crawford v. State*, 226 S.W.3d 688, 688 (Tex. App.CWaco 2007, no pet.) (per curiam). We have not issued a decision in these appeals. Appellant personally signed the motions. The Clerk of this Court has sent duplicate copies to the trial court clerk. *Id.* Accordingly, the appeals are dismissed.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeals dismissed
Opinion delivered and filed December 16, 2009
Do not publish
[CR25]